```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------
NEW TECH CABLING, LLC and NEW TECH
CABLING SERVICES, INC.,                          20-cv-8386 (JGK)

                Plaintiffs,                      ORDER

        - against -

HYPER 30 INC., ET AL.,

                Defendants.
------------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by **February 5, 2021**.

**SO ORDERED.**

**Dated:    New York, New York
            January 25, 2021**

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge